STATE OF CONNECTICUT *v.* FLOYD WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 654, is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 17, 1992

SUE ANN CAPPELLINO *v.* TOWN OF CHESHIRE ET AL.

The defendant Second Injury and Compensation Assurance Fund's petition for certification for appeal from the Appellate Court, 27 Conn. App. 699, is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the claimant's widow was entitled to the unpaid balance of the claimant's permanent partial disability benefits?"

*Michael J. Belzer* and *William J. McCullough,* assistant attorneys general, in support of the petition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* JAMES ARTHUR BARNES

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 713, is denied.

*Valerie J. Quinn,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* in opposition.

Decided September 17, 1992